# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WYATT CHRISTESON, individually and on behalf of a class of similar employees, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. _____ |
| AMAZON.COM.KSDC, LLC, ) ) | JURY TRIAL DEMANDED |
| Serve: Corporation Service Company ) 2900 SW Wanamaker DR ) STE 204 ) Topeka, KS 66614 ) ) | |
| Defendant. ) | |

## COMPLAINT

COMES NOW Plaintiff, individually and on behalf of a class of similar employees, by and through counsel, and for his cause of action against Defendant, states and alleges as follows:

### Introduction

1. In this lawsuit Plaintiff, individually and on behalf of a class of similar employees, seeks damages from Defendant for violations of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA") stemming from its practice of failure to compensate IT Support Engineers and IT Support Technicians for overtime hours worked.

### Jurisdiction and Venue

2. Jurisdiction is proper pursuant to 28 U.S.C. § 1331 because Plaintiff assert claims under 29 U.S.C. § 216, *et seq.*

3. Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred in this judicial district.

## Parties

4. Plaintiff Wyatt Christeson ("Plaintiff") is an individual residing in the State of Missouri.

5. Defendant Amazon.com.ksdc, LLC ("Defendant") is a Delaware corporation that operates a fulfillment center for the online retailer Amazon.com from 6925 Riverview AVE, Kansas City, KS 66102.

6. Plaintiff was employed by Defendant as an IT Support Engineer from approximately April of 2017 to November of 2017.

7. Defendant engages in for-profit business which has gross revenue in excess of $500,000 per annum and meets all requirements of an employer for purposes of the FLSA.

## Factual Allegations

8. As one of many IT Support Engineers, Plaintiff's job duties revolved around directing deployment of new fulfillment centers, maintaining the hardware and software of existing fulfillment centers, and overseeing a number of IT Support Technicians that performed similar duties.

9. Defendant employs multiple IT Support Engineers and IT Support Technicians.

10. IT Support Engineers and IT Support Technicians are paid hourly and required to record their own work hours on timesheets.

2

11.     Based on Defendant's expected workload, Defendant periodically informs its IT Support Engineers and IT Support Technicians of the maximum number of work hours they are permitted to record for each week, typically forty, forty-nine, or fifty-five hours.

12.     The job duties of IT Support Engineers and IT Support Technicians regularly require them to work in excess of the maximum hours they are permitted to record.

13.     If an IT Support Engineer or IT Support Technician records on a timesheet more than the maximum recordable hours, Defendant directs the employee to revise the timesheet to reflect the maximum recordable hours.

14.     Due to this practice, IT Support Engineers and IT Support Technicians do not record hours worked in excess of the maximum recordable hours permitted for that week and do not receive compensation for such work.

15.     Due to this practice, Defendant fails to keep accurate time records for its IT Support Engineers and IT Support Technicians.

16.     Due to this practice, IT Support Engineers and Support Technicians regularly work time in excess of forty hours per week without compensation for such work time.

17.     Defendant employs multiple IT Support Engineers and IT Support Technicians that perform substantially similar job duties and are subjected to uniform compensation policies.  All such employees share a community of interest in questions of law and fact and such common issues predominate over any individual matters which may arise.  A class/collective action is superior to other available methods for the fair and efficient adjudication of the controversy and judicial economy will be served by adjudication as a class/collective action.  There is no plain, speedy, or adequate remedy other than by

maintenance of this class/collective action. The prosecution of individual cases by members will tend to establish inconsistent standards of conduct, result in impaired rights, and dispose of issues affecting them without their participation.

18. Plaintiff seeks to represent a collective class under the FLSA consisting of Defendant's IT Support Engineers and IT Support Technicians. Plaintiff will fairly and adequately represent the interests of the class and he is aware of his fiduciary responsibility to the class members.

## Count 1
### Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA")

19. Plaintiff hereby incorporates by reference the allegations set forth in Paragraphs 1 through 18.

20. Defendant owes Plaintiff and all other IT Support Engineers and IT Support Technicians compensation under the FLSA resulting from unpaid work performed.

21. Defendant's violations of the law are willful.

22. Plaintiff's consent to being a party plaintiff is attached hereto as Exhibit 1.

23. Pursuant to the FLSA, Plaintiff is entitled to and seeks compensatory damages, liquidated damages, and punitive damages, as well as attorney's fees and costs, for both himself, individually, and the members of the class he seeks to represent.

**WHEREFORE**, Plaintiff, and the class members he seeks to represent, respectfully request the Court to: (1) enter judgment against Defendant as alleged; (2) award compensatory damages; (3) award liquidated damages; (4) award punitive

damages; (5) award attorney's fees and costs; and (6) award such other remedies as the Court deems to be just and proper.

### JURY TRIAL DEMAND

24. Plaintiff demands a jury trial on all issues so triable.

### DESIGNATION OF PLACE OF TRIAL

25. Plaintiff designates Kansas City, Kansas as the place of trial.

Respectfully submitted,

**MCCAULEY & ROACH, LLC**

By: /s/   Michael T. Miller
    Morgan L. Roach, #23060
    Michael T. Miller, #24353
    527 W. 39th St., Suite 200
    Kansas City, MO 64111
    Telephone: (816) 523-1700
    Facsimile:  (816) 523-1708
    E-mail: morgan@mccauleyroach.com
    E-mail: mike@mccauleyroach.com
    **Attorneys for Plaintiff**