IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| WYATT CHRISTESON and<br>PATRICK J. HILLS,<br><br>           **Plaintiffs,**<br><br>v.<br><br>AMAZON.COM SERVICES, INC.,<br><br>           **Defendant.** | )<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)<br>)   No. 18-2043-KHV<br>)<br>)<br>)<br>) |

## JUDGMENT IN A CIVIL CASE

**( )   JURY VERDICT.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**( X )   DECISION BY THE COURT.**  This action came to decision by the Court. The issues have been considered and a decision has been rendered.

       **IT IS ORDERED AND ADJUDGED** that pursuant to the Memorandum And Order (Doc. #74) filed August 28, 2019, as well as the Order To Show Cause (Doc #75) filed August 28, 2019 and the corresponding Joint Response To Order To Show Cause (Doc. #76) filed on August 29, 2019, this action is **DISMISSED as moot without prejudice**.

Dated: September 4, 2019                             TIMOTHY M. O'BRIEN, CLERK

                                                                                s/ Andrea Schreyer
                                                                                Deputy Clerk